IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DERRICK L. SMITH,

        Plaintiff,                             OPINION AND ORDER

      v.                                   14-cv-56-wmc

BOB DICKMAN,

        Defendant.

DERRICK L. SMITH,

        Plaintiff,                             OPINION AND ORDER

v.                                   14-cv-57-wmc

BOB DICKMAN,

        Defendant.

DERRICK L. SMITH,

        Plaintiff,                             OPINION AND ORDER

      v.                                 14-cv-201-wmc

SANDRA La DU-IVES, *et al.*,

        Defendants.

DERRICK L. SMITH,

        Plaintiff,                             OPINION AND ORDER

v.                                   14-cv-203-wmc

SANDRA La DU-IVES, *et al.*,

        Defendants.

1

DERRICK L. SMITH,

        Plaintiff,                          OPINION AND ORDER

v.                                      14-cv-204-wmc

MELEE THAO, *et al.*,

        Defendants.

State inmate Derrick L. Smith filed the above-referenced civil actions pursuant to 42 U.S.C. § 1983, concerning the conditions of his confinement at the Marathon County Jail.  On April 4, 2014, the court denied Smith leave to proceed *in forma pauperis* after finding him disqualified by the three-strikes rule found in 28 U.S.C. § 1915(g).  In order for his cases to proceed, the court directed Smith to pay a $100.00 sanction imposed against him previously as well as the $400.00 filing fee in each case within thirty days.  The court advised Smith that his cases would be dismissed without further notice pursuant to Fed. R. Civ. P. 41(b) if he failed to comply as directed.

To date, Smith has not paid the sanction or submitted a filing fee for any of the above-referenced cases and his time to do so has expired.  Accordingly, under the inherent power necessarily vested in a court to manage its own docket, the above-referenced cases will be dismissed without prejudice for want of prosecution.  *See* Fed. R. Civ. P. 41(b); *Link v. Wabash R.R. Co.*, 370 U.S. 626, 630-31 (1962); *Ohio River Co. v. Carrillo*, 754 F.2d 236, 238 n.5 (7th Cir. 1984).

ORDER

IT IS ORDERED that the complaints filed by plaintiff Derrick L. Smith in Case Nos. 14-cv-56, 14-cv-57, 14-cv-201, 14-cv-203 and 14-cv-204 are DISMISSED without prejudice for want of prosecution pursuant to Fed. R. Civ. P. 41(b). The clerk's office is directed to close each of these cases.

Entered this 9th day of May, 2014.

BY THE COURT:

/s/

_____
WILLIAM M. CONLEY
District Judge

3