IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

DERRICK L. SMITH,

       Plaintiff,        JUDGMENT IN A CIVIL CASE

v.              Case No. 14-cv-56-wmc

BOB DICKMAN,

       Defendant.

---

    This action came for consideration before the court with District Judge William M. Conley presiding.  The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case without prejudice for want of prosecution pursuant to Fed. R. Civ. P. 41(b).


    /s/             5/9/2014

---

    Peter Oppeneer, Clerk of Court      Date